B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Nicole Marie Seidel
Debtor(s)

Case No. 11 B 15958

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before 5/13/11

$ 74.75 on or before 6/14/11

$ 74.75 on or before 7/14/11

$ 74.75 on or before 8/9/11

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ : AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: 4/19/11

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Nicole Marie Seidel, | ) | Bankruptcy Case No. |
| | ) | |
| Debtor. | ) | 11 B 15958 |
| | ) | |
| | ) | |

### Certificate of Service

I, Josephine Green, hereby certify that I caused to be mailed, the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated April 19, 2011, to the parties listed via First Class Mail (**) and/or electronically via the Court's electronic notification system:

Nicole Marie Seidel (**)
2649 College Hill Circle
Schaumburg, IL 60173

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Phillip D Levey, ESQ
2722 North Racine Avenue
Chicago, IL 60614

Dated: APR 19 2011

Josephine Green
Relief Courtroom Deputy